It is ORDERED that the petition for certification is denied.

167 A.3d 652

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v.
PAULINO NJANGO, DEFENDANT-RESPONDENT.

May 5, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003004–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

167 A.3d 652

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. HECTOR MEJIA, DEFENDANT-PETITIONER.

May 5, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003369–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.